**NOT FOR PUBLICATION WITHOUT THE
APPROVAL OF THE APPELLATE DIVISION**

This opinion shall not "constitute precedent or be binding upon any court." Although it is posted on the internet, this opinion is binding only on the parties in the case and its use in other cases is limited. R. 1:36-3.

SUPERIOR COURT OF NEW JERSEY
APPELLATE DIVISION
DOCKET NO. A-3911-17T4

SHAHAN ISLAM,

    Plaintiff-Appellant,

v.

MELODY DAVIS,

    Defendant-Respondent.

_____

          Submitted September 10, 2019 – Decided September 17, 2019

          Before Judges Yannotti, Currier and Firko.

          On appeal from the Superior Court of New Jersey, Chancery Division, Family Part, Somerset County, Docket No. FM-18-0284-00.

          Skoloff & Wolfe, PC, attorneys for appellant (Thomas Joseph DeCataldo, Jr. and Jeb-Michael Anthony Harmon, on the briefs).

          Laurie Ann Bernstein, attorney for respondent.

PER CURIAM

The parties have advised the court this matter has been amicably resolved and have stipulated to the dismissal of this appeal. Accordingly, the appeal is dismissed with prejudice and without costs.

I hereby certify that the foregoing is a true copy of the original on file in my office.

CLERK OF THE APPELLATE DIVISION

A-3911-17T4